KELLY BABINEAU (CA State Bar #190418)
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 442-8299
kbabineau@klblawoffice.net

Attorney for EFRAIN JIMENEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 1:11-CR-188LJO |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER TO CONTINUE BAIL REVIEW |
| ) | HEARING |
| EFRAIN JIMENEZ ) | |
| ) | Date: 10-7-11 |
| Defendants. ) | Time: 1:30 p.m.. |
| _____) | Magistrate: Hon. Sheila K. Oberto |

It is hereby stipulated between the parties, Kimberly Sanchez, Assistant United States Attorney, Kelly Babineau, attorney for defendant Efrain Jimenez, that the bail review hearing of October 7, 2011, should be continued to October 14, 2011. Ms. Lydia Serrano, Pretrial Services Officer assigned to this matter, is not opposed to the continuance.

This continuance is requested because Ms. Babineau, who is located in Sacramento, is in trial and unable to attend Friday's hearing.

-1-

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated:  October 6, 2011                                  Respectfully submitted,

/s/ Kelly Babineau_____
KELLY BABINEAU
Attorney for Efrain Jimenez


U.S. ATTORNEY'S OFFICE

Dated: October 6, 2011                                   /s/ Kelly Babineau for            .
KIMBERLY SANCHEZ
Assistant US Attorney
Attorney for Plaintiff

KELLY BABINEAU (CA State Bar #190418)
901 H Street, Suite 203
Sacramento, CA 95814
(916) 442-4948
kbabineau@klblawoffice.net

Attorney for THERESA L. CONSTANCIO

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 10-CR-0141 |
| Plaintiff, ) | |
| ) | PROPOSED ORDER |
| v. ) | |
| ) | |
| EFRAIN JIMENEZ ) | |
| ) | Date: 10-6-77 |
| Defendants. ) | Time: 1:30 p.m.. |
| _____) | Magistrate: Hon. Sheila K. Oberto |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the bail review hearing set for October 7, 2011, at 1:30 p.m. be continued to October 14, 2011, at 1:30 p.m.


IT IS SO ORDERED.

Dated:  **October 7, 2011**              **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE