UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GONZALO ESQUIVEL et al., ) <br> ) <br> ) <br> Defendants. ) <br> ) | 1:11-cr-00188 LJO SKO <br><br> **NEW CASE NUMBER** <br><br> **1:11-cr-00188 LJO DLB** <br> _____ <br><br> <u>ORDER OF RECUSAL</u> |

The undersigned magistrate judge to whom this case is assigned granted a defense motion for recusal in case no. 1:11-cr-00186. As this case is related to case no. 1:11-cr-00186, the undersigned magistrate judge finds that disqualification pursuant to 28 U.S.C. Section 455 is also appropriate in this matter.

IT IS THEREFORE ORDERED that the undersigned recuses herself as the magistrate judge to whom this case is assigned.

IT IS FURTHER ORDERED that this case is reassigned to Magistrate Judge Dennis L. Beck.

///

1

All future pleadings filed with the court shall use the following case number:

**1:11-cr-00188 LJO DLB**

Failure to use the correct case number may result in a delay in the document being received by the correct judicial officer.

IT IS SO ORDERED.

**Dated: September 12, 2012**        /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE